UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 4:00-CR-23 |
| vs. ) | |
| ) | JUDGE MATTICE |
| DARREN LUJAN ) | |

## MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on August 4, 2011, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for Warrant for Offender Under Supervision of U.S. Probation Officer Doug Corn and the Warrant for Arrest issued by U.S. District Judge Harry S. Mattice, Jr. Those present for the hearing included:

(1) AUSA Annie Svolto for the USA.
(2) The defendant DARREN LUJAN.
(3) Attorney Paul Cross for defendant.
(4) Deputy Clerk Kelli Jones.

After being sworn in due form of law the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

It was determined the defendant had been provided with a copy of the Petition for Warrant for Offender Under Supervision and the Warrant for Arrest and had the opportunity of reviewing those documents with Atty. Cross. It was also determined the defendant was capable of being able to read and understand the copy of the aforesaid documents he had been provided.

The defendant asked for time to prepare for the preliminary hearing and detention hearing. The Court rescheduled the hearings for Tuesday, August 9, 2011, at 2:00 pm.

The defendant shall be DETAINED WITHOUT BAIL pending said hearings before the undersigned on **Tuesday, August 9, 2011, at 2:00 pm.**

ENTER.

*s/William B. Mitchell Carter*
UNITED STATES MAGISTRATE JUDGE